

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

PD-1205-08

THE STATE OF TEXAS

v.

ROBERT LEAHY POWELL, Appellee

ON DISCRETIONARY REVIEW OF CASE 02-05-00477-CR
OF THE SECOND COURT OF APPEALS,
TARRANT COUNTY

*WOMACK, J., filed a concurring opinion, in which Johnson and Cochran, J.J., joined.*

I join the judgment of the Court and its opinion, except for Part II. For the reasons stated in the penultimate paragraph of Judge Price's opinion, I would not reach the issue of the applicability of the exclusionary rule.

Filed: March 3, 2010.
Publish.